UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAJUAN K. JACKSON,<br><br>　　　　　Petitioner,<br><br>　　v.<br><br>S. MOEWEN,<br><br>　　　　　Respondent. | Case No. CV 12-2808 VAP(JC)<br><br>ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE |

　　　Pursuant to 28 U.S.C. § 636, the Court has reviewed the original Petition for Writ of Habeas Corpus and the operative First Amended Petition for Writ of Habeas Corpus (the "Petition"), all of the records herein, and the attached Report and Recommendation of United States Magistrate Judge.  The Court approves and accepts the United States Magistrate Judge's Report and Recommendation.

　　　IT IS HEREBY ORDERED that the Motion to Dismiss the Petition is granted and that Judgment be entered dismissing the Petition with prejudice as time-barred.

///

///

///

IT IS FURTHER ORDERED that the Clerk serve copies of this Order, the United States Magistrate Judge's Report and Recommendation, and the Judgment herein on petitioner and counsel for respondent.

LET JUDGMENT BE ENTERED ACCORDINGLY.

DATED:  _February 26, 2013_____

_____
HONORABLE VIRGINIA A. PHILLIPS
UNITED STATES DISTRICT JUDGE