UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| DAJUAN K. JACKSON, | ) | Case No. CV 12-2808 VAP(JC) |
| Petitioner, | ) | |
| v. | ) | JUDGMENT |
| S. MOEWEN, | ) | |
| Respondent. | ) | |

Pursuant to this Court's Order Accepting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that the Motion to Dismiss the Petition is granted and the operative First Amended Petition for Writ of Habeas Corpus is dismissed with prejudice as time-barred.

DATED: February 26, 2013

_____
HONORABLE VIRGINIA A. PHILLIPS
UNITED STATES DISTRICT JUDGE